No. 81–878.   LARKIN ET AL. *v.* GRENDEL'S DEN, INC. C. A. 1st Cir.   [Probable jurisdiction noted, 454 U. S. 1140.] Motion of appellee for leave to file supplemental statement after argument granted.

No. 81–1055.   POYTHRESS, SECRETARY OF STATE OF GEORGIA, ET AL. *v.* DUNCAN ET AL.   C. A. 11th Cir.   [Certiorari granted, 455 U. S. 937.]   Oral argument in this case, presently scheduled for November 1, 1982, is hereby postponed and the case of *Federal Election Commission et al.* v. *National Right to Work Committee et al.*, No. 81–1506 [certiorari granted, 456 U. S. 914], is set for oral argument in its stead.

No. 81–1120.   UNITED STATES ET AL. *v.* RYLANDER ET AL.   C. A. 9th Cir.   [Certiorari granted, 456 U. S. 943.] Motion of respondents for leave to argue points not raised by petitioners denied.

No. 81–1536.   COMMISSIONER OF INTERNAL REVENUE *v.* TUFTS ET AL.   C. A. 5th Cir.   [Certiorari granted, 456 U. S. 960.]   Motion of Wayne G. Barnett for leave to file a brief as *amicus curiae* granted.

No. 81–1717.   AMERICAN BANK & TRUST CO. ET AL. *v.* DALLAS COUNTY ET AL.; BANK OF TEXAS ET AL. *v.* CHILDS ET AL.; and WYNNEWOOD BANK & TRUST ET AL. *v.* CHILDS ET AL.   Ct. App. Tex., 5th Sup. Jud. Dist.   Motion of Texas Association of Appraisal Districts et al. for leave to file a brief as *amici curiae* denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 82–488.   IN RE HOPFMANN.   Petition for writ of habeas corpus denied.